Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| JOSE MARIA TORRES, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION | Index Number: 1:22-CV-07241 |
|---|---|
| vs  *Plaintiff* | Client's File No.: |
| MEAT MARKET JAZMIN II CORP., GUADALUPE TORRES, AND VELEN TORRES | Court Date: |
| *Defendant* | Date Filed: 08/24/2022 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**IBRAHIM ABDULAI MASIGAN**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/12/2023**, at **12:43 PM** at: **2356 GRANDCONCOURSE, BRONX, NY 10458** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

On: **VELEN TORRES**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Jeffery Rodriguez (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: Tan | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 30-40 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 4/12/2023 deponent enclosed a copy of same in a postpaid envelope properly addressed to VELEN TORRES at 2356 GRANDCONCOURSE, BRONX, NY 10458 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 4/13/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

IBRAHIM ABDULAI MASIGAN
DCA License # 2083169



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*