UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jose Maria Torres, on behalf of himself and others

                    **Plaintiff(s),**

                **- against -**

Meat Market Jazmin II Corp., Guadalupe Torres, a

                    **Defendant(s),**
------------------------------------------------------------X

    22 Civ. 07241 (ALC)

**CLERK'S CERTIFICATE OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** 08/24/2022 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Guadalupe Torres **by personally serving** Jeffery Rodriguez **, and proof of service was therefore filed on** 04/17/2023 **, Doc. #(s)** 10 **.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    May 17, **, 20** 23

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                                          **By:** _____
                                                                 **Deputy Clerk**