**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Jose Maria Torres, on behalf of himself and others

Plaintiff(s),

- against -

Meat Market Jazmin II Corp., Guadalupe Torres, an

Defendant(s),

-----------------------------------------------------------X

22 ___ **Civ.** 07241 ___(ALC)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

08/24/2022 ___ **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Velen Torres _____

**by personally serving** Jeffery Rodriguez _____,

*and proof of service was therefore filed on* 04/17/2023 *, Doc. #(s)* 11 ___.

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    May 17, ___, 20 23 ___

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**

**By:** _____

                                  **Deputy Clerk**