**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **JOSE MARIA TORRES,** : | |
| : | |
| Plaintiff, : | |
| : | **1:22-cv-07241 (ALC)** |
| -against- : | |
| : | **ORDER** |
| **MEAT MARKET JAZMIN II CORP., et al,** : | |
| : | |
| Defendants. : | |
| : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

   On November 3, 2023, this Court issued an order to Defendants to show cause why an Order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendants for failure to otherwise defend this action by November 13, 2023. To date, Defendants have not filed a response. Accordingly, Plaintiff is directed to seek default judgment against Defendants in accordance with my individual practices, Attachment A. Plaintiff is directed to serve a copy of this order on Defendants by **November 15, 2023**, and file proof of service by that date.

**SO ORDERED.**

**Dated: November 14, 2023**
   New York, New York

                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**