**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
   **JOSE MARIA TORRES,**

                     **Plaintiff,**

                     **1:22-cv-07241 (ALC)**

        -against-

                     **ORDER**

   **MEAT MARKET JAZMIN II CORP., et al,**

                     **Defendants.**

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

        Plaintiff filed his Complaint on August 24, 2022. ECF No. 1. Plaintiff served Defendants. On November 14, 2023, this Court ordered Plaintiff to seek default judgment against Defendants. ECF No. 22. To date, Plaintiff has sought default judgment. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and/or the inherent powers of the Court. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . ."). Such showing should be made by filing a written response to this Order by **March 8, 2024**.

**SO ORDERED.**

**Dated: March 1, 2024**
      **New York, New York**
                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**