US DISTRICT COURT : SOUTHERN DISTRICT OF NY

**Attorney:** LEVIN EPSTEIN & ASSOCIATES PC
**Address:** 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | |
|---|---|
| JOSE MARIA TORRES, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION <br><br> *Plaintiff* <br><br> **vs** <br><br> MEAT MARKET JAZMIN II CORP., GUADALUPE TORRES, AND VELEN TORRES <br><br> *Defendant* | **INDEX #:** 1:22-CV-07241 <br><br> **Date Filed:** 08/13/2024 <br><br> **Client's File No.:** torres vs. meat market |

# SECRETARY OF STATE - AFFIRMATION OF SERVICE

**Nathaniel Crespo**, affirms and says:

Deponent is over the age of (18) years; deponent is not a party herein; that on **8/26/2024**, at **1:45 PM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

on: **MEAT MARKET JAZMIN II CORP.**, Defendant in this action

By delivering to and leaving with **SUE ZOUKY** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent

further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State

of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex:** Female **Color of skin:** White **Color of hair:** Gray **Age:** 51 - 65 Yrs. **Height:** 5ft

0in - 5ft 3in **Weight:** 100-130 Lbs. **Other Features:**

I affirm on 8/29/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo



Job #: 1572289

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*