UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAT MARKET JAZMIN II CORP. GUADALUPE TORRES, & BELEN TORRES (AKA/ VELEN TORRES

Fill in above the full name of each plaintiff or petitioner.

Case No. 1:22 CV 07241

-against-

JOSE MARIA TORRES, ON BEHALF OF HIMSELF & OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

Fill in above the full name of each defendant or respondent.

## DECLARATION

REQUEST FOR MOTION FOR EXTENSION

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, GUADALUPE TORRES, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I am requesting for motion of extension because I wasn't fully aware of case because of method of delivering was not direct. Also I been going though personal issues, financial issues.

Rev. 6/30/16

Attach additional pages and documents if necessary.

1/21/25
Executed on (date)

*Guadalupe Torres*
Signature

GUADALUPE TORRESS
Name

Prison Identification # (if incarcerated)

35 Old Jerome AVE.    Yonkers    N.Y.    10704
Address                City       State   Zip Code

Jlupe1437@Yahoo.com
E-mail Address (if available)

Telephone Number (if available)