**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MEAT MARKET JAZMIN II CORP.,
GUADALUPE & BELEN TORRES
(AKA/ VELEN TORRES)

Write the full name of each plaintiff or petitioner.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 24, 2025

Case No. 1:22 CV 07241

-against-

JOSE MARIA TORRES, ON BEHALF OF
HIMSELF & OTHERS SIMILARLY SITUATED
IN THE PROPOSED FLSA COLLECTIVE ACTION

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that ~~Guadalupe Torres~~ PLAINTIFF GUADALUPE TORRES
                            plaintiff or defendant    name of party who is making the motion

requests that the Court:

MOTION FOR EXTENSION

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

1/21/25
Dated

Signature: Guadalupe Torres

GUADALUPE TORRES
Name

Prison Identification # (if incarcerated)

35 Old Jerome Ave    Yonkers    N.Y.    10704
Address                City       State    Zip Code

E-mail Address: JLupe1437@Yahoo.com

Telephone Number (if available)

SO ORDERED:
Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 24, 2025
New York, NY