UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Jose Maria Torres, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                    *Plaintiff,*

- against -

Meat Market Jazmin II Corp., Guadalupe Torres, and Belen Torres (a/k/a Velen Torres),

                                    *Defendants*.
-------------------------------------------------------------X

Case No.: 1:22-cv-07241-ALC

**JUDGMENT**

      On July 1, 2025, Plaintiff Jose Maria Torres (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Meat Market Jazmin II Corp., Guadalupe Torres, and Belen Torres (a/k/a Velen Torres) (the "Defendants") in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) (the "Judgment Amount"), payable as follows:

1. $3,333.33 payable via certified check on or before August 1, 2025;
2. $3,333.33 payable via certified check on or before September 1, 2025;
3. $3,333.33 payable via certified check on or before October 1, 2025;
4. $3,333.34 payable via certified check on or before November 1, 2025; and
5. $3,333.34 payable via certified check on or before December 1, 2025.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in the event of Defendants' failure to make any payments which are received by Plaintiff as provided herein, Defendants shall have five (5) days to cure the aforementioned breach. Defendants will only be entitled to one (1) notice and cure attempt.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in the event of Defendants' failure to make any payment, when due as set forth above, the breach shall result in accelerated payment of 200% the Judgment Amount (*i.e.,* $40,000.00), together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein.  Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated:   July 2  , 2025

**SO ORDERED**

_____
ANDREW L. CARTER, JR.
United States District Judge